MacDonald Gallion, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of James Edward White for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in White v. State, 123 So.2d 179.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

123 So.2d 192

### Henry WILLIAMS
### v.
### STATE.
### 7 Div. 499.

Supreme Court of Alabama.

Sept. 8, 1960.

Pilcher & Floyd, Gadsden, for petitioner.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Henry Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Williams v. State, 123 So.2d 191.

Writ denied.

SIMPSON, STAKELY and COLEMAN, JJ., concur.